# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL CONLIN, ) | |
| on behalf of Plaintiff and the class ) | |
| members described herein, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-00848-RLY-KMB |
| ) | |
| WLCC LENDING d/b/a ) | |
| BISON GREEN LENDING; ) | |
| WAKPAMNI LAKE COMMUNITY ) | |
| CORPORATION; ) | |
| BRET A. CRANDALL; ) | |
| RAYCEN RAINES, III, also known as ) | |
| RAYCEN AMERICAN HORSE RAINES ) | |
| and formerly known as RAYCEN ) | |
| BALLARD; and JOHN DOES 1-20, ) | |
| ) | |
| Defendants. ) | |

> ACKNOWLEDGED. Named defendants are dismissed with prejudice. Doe Defendants are dismissed without prejudice.
>
> *RICHARD L. YOUNG, JUDGE*
> United States District Court
> Southern District of Indiana
>
> Date: 10/02/2025

## STIPULATION TO DISMISS

Plaintiff Michael Conlin ("Plaintiff") and Defendants WLCC Lending d/b/a Bison Green Lending, Wakpamni Lake Community Corporation, Bret A. Crandall, and Raycen Raines, III (collectively, "Defendants"), by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and without costs. Plaintiff's class claims against Defendants are dismissed without prejudice and without costs. Plaintiff's claims against Defendants John Does 1-20 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Alexandra Huzyk* | */s/ Stephen Lozier (with consent)* |
| Daniel A. Edelman | Stephen Lozier |
| Heather Kolbus | Troutman Pepper Locke LLP |
| Alexandra R. Huzyk | 111 S. Wacker Dr., Suite 4100 |